# UNITED STATES DISTRICT COURT
## FOR THE
### NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

**AFFIDAVIT IN REMOVAL PROCEEDINGS**

MAGISTRATE JUDGE KEYS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | **07CR 720** |
| JONATHAN QUINN CARTER ) | |
| ) | |
| NORTHERN DISTRICT OF ILLINOIS ) | CASE NUMBER: _____ |

FILED
KC
NOV 01 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

The undersigned Affiant personally appeared before ARLANDER KEYS, a United States Magistrate Judge, and being duly sworn on oath, states: that at the NORTHERN DISTRICT OF IOWA, one JONATHAN QUINN CARTER, was charged with knowingly and intentionally possessing with the intent to distribute approximately 8.04 grams of a mixture and substance containing a detectable amount of cocaine base a Schedule II controlled substance in violation of 21, U.S.C. 841 (a)(1), and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant. (See Attached - Warrant for Arrest).

Wherefore, Affiant prays that the defendant be dealt with according to law.

_____
Keith Sieks
Deputy, United States Marshals Service

Subscribed and Sworn to before me this
1st day of November, 2007.

_____
ARLANDER KEYS
United States Magistrate Judge

AUSA Nathalina A. Hudson

Bond set [or recommended] by issuing Court at _____

AO 442   (Rev. 10/03) Warrant for Arrest

RECEIVED
US MARSHAL

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA 2007 OCT 31 AM 8:54

N/IA
CEDAR RAPIDS

UNITED STATES OF AMERICA

V.

JONATHAN QUINN CARTER

**WARRANT FOR ARREST**

Case Number:   CR07-93 LRR

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    JONATHAN QUINN CARTER
                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with   (brief description of offense)

possession with intent to distribute crack cocaine

in violation of Title ___21___ United States Code, Section(s) ___841(a)(1)___

Jon Stuart Scoles
Name of Issuing Officer

Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

10-24-07         Cedar Rapids, IA
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |