# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 720 | **DATE** | 11/1/07 |
| **CASE TITLE** | USA vs. Jonathan Q. Carter | | |

**DOCKET ENTRY TEXT**

Removal proceedings held. Defendant appears in response to arrest on 11/1/07. Defendant waives identity hearing. Heather Winslow is appointed as counsel for defendant. Detention hearing set for 11/5/07 at 12:30 p.m. The Defendant is ordered detained until further order of Court.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | AC |
|---|---|---|