# United States District Court
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA             )
                                      )
         vs.                          )     NO. 07 CR 720
_Johnathan Carter_                    )
                                      )
_____        )
                                      )
                                      )

### ORDER APPOINTING COUNSEL

_N. Winslow_

The above-named defendant has testified under oath or has filed with the court an Affidavit of Financial Status and thereby satisfied this court that he or she is financially unable to employ counsel.

Accordingly, the FEDERAL DEFENDER PROGRAM is hereby appointed to represent this defendant in the above designated case unless relieved by an order of this court or by order of the court of appeals.

DATE: _November 1, 2007_

ENTER:

_Arlander Keys_

Signature of U.S. District Court Judge,
Magistrate Judge (or Clerk or Deputy
Clerk by order of the Court)