Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 720 | **DATE** | 11/5/07 |
| **CASE TITLE** | USA vs. Jonathan Q. Carter | | |

**DOCKET ENTRY TEXT**

Removal proceedings held.   The Defendant is ordered removed to the Northern District of Iowa in the custody of the U.S. Marshal without prejudice to his right to address the issue of bond in  that district. *AK*

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | AC |
|---|---|---|