

RECEIVED NOV 2 9 2007

MHN

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

November 26, 2007



Mr. Robert L. Phelps II
Clerk
United States District Court
Federal Building and United States
  Courthouse, 3rd Floor
101 First Street, S.E.
Cedar Rapids, IA 52401-1202

RE: U.S.A. vs. Jonathan Carter
Case No: 07cr720

Dear Clerk of Court:

Enclosed please find copies of the complete case file in connection with removal proceedings conducted in this District regarding the above named case:

(x) Docket Sheet                                      ( )Temporary Commitment

(x) Affidavit in Removal Proceedings          ( ) Final Commitment

(X) Financial Affidavit                                (x) Order of Removal

( x) Order appointing counsel                     ( ) Order setting conditions of release

( ) CJA 20 Form                                         (X) Detention Order

( x) Appearance form                                 ( ) Appearance Bond

( ) Other                                                     ( ) Pretrial Release Order

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

MICHAEL W. DOBBINS, CLERK

**F I L E D**

DEC - 4 2007 /W

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

By: _____
Ellenore Duff, Deputy Clerk