

**FILED**

DEC 0 3 2007 *PH*

MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Hardy Phlack_  ☑ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>_Lindsey Brumback_   _11-29_ |
| 1. Article Addressed to:<br><br>Mr. Robert L. Phelps II<br>Clerk<br>United States District Court<br>Federal Building and United States<br>  Courthouse, 3rd Floor<br>101 First Street, S.E.<br>Cedar Rapids, IA 52401-1202<br><br>07cr720 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☑ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>   (Transfer from service la | 7007 0710 0003 4410 4268 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**RECEIVED**

CLERK, U.S.
219 S. D...

DEC 0 3 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07cr720